O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FRANCIS MUSSELMAN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>L.S. McEWEN, WARDEN, )<br>)<br>Respondent. )<br>_____ ) | CASE NO. CV 11-02568 JAK (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 1, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE