O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FRANCIS MUSSELMAN, ) | CASE NO. CV 11-02568 JAK (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| L.S. McEWEN, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of CHRISTOPHER FRANCIS MUSSELMAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 1, 2012

*[signature]*

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE